**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7507**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

WILLIAM DON RODGERS,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  William L. Osteen, District Judge.  (CR-93-231)

───────────

Submitted:  February 24, 2000        Decided:  March 3, 2000

───────────

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Don Rodgers, Appellant Pro Se.  Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Don Rodgers appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C.A. § 3582(c)(2) (West Supp. 1999) and motion for correction of PSI report under Fed. R. Crim. P. 32(c)(3)(D).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Rodgers, No. CR-93-231 (M.D.N.C. Sept. 2, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED